STATE OF NEW JERSEY v. FRED CAPPADONA.

July 22, 1974. Petition for certification denied. (See 127 *N. J. Super.* 555)

STATE OF NEW JERSEY v. ROY BAILEY.

July 22, 1974. Petition for certification denied.

STATE OF NEW JERSEY v. DAVID SHEFFIELD.

July 22, 1974. Petition for certification denied.

STATE OF NEW JERSEY v. CARMINE DE VINO.

July 22, 1974. Petition for certification denied.

JOHN J. BOUTILETTE, SR. v. CRESCENTIA M. BOUTILETTE.

July 22, 1974. Petition for certification denied.

STATE OF NEW JERSEY v. JESSE HARPER.

July 22, 1974. Petition for certification denied. (See 128 *N. J. Super.* 270)